**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHAUNA CONNORS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE UNIVERSAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:20-cv-7342<br><br>[REMOVED FROM THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, LAKE COUNTY, CASE NO. 20CH00000584] |

## DEFENDANT PROGRESSIVE UNIVERSAL INSURANCE COMPANY'S NOTIFICATION AS TO CORPORATE AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Rule 3.2 of the Local Rules of the Northern District of Illinois, Defendant Progressive Universal Insurance Company ("Progressive Universal") hereby files this Notification as to Affiliates a/k/a Corporate Disclosure Statement and states as follows:

Progressive Universal is a wholly owned subsidiary of Progressive Direct Holdings, Inc. Progressive Direct Holdings, Inc. is a wholly owned subsidiary of The Progressive Corporation. The Progressive Corporation is a publicly held company traded on the New York Stock Exchange. The Progressive Corporation has no parent company and no publicly held corporation owns 5% or more of its stock.

| | |
|---|---|
| Dated: December 11, 2020 | Respectfully submitted,<br>*/s/ Christopher T. Gardino*<br>Christopher T. Gardino – ARDC #6296552<br>**TUCKER ELLIS LLP**<br>233 South Wacker Drive, Suite 6950<br>Chicago, Illinois 60606<br>Tel:   312.624.6300<br>Fax:   312.624.6321<br>christopher.gardino@tuckerellis.com |

1

|  | Karl A. Bekeny (pro hac vice forthcoming) <br> Jennifer L. Mesko (ARDC #0087897) <br> Courtney E.S. Mendelsohn (ARDC #6300871) <br> **TUCKER ELLIS LLP** <br> 950 Main Avenue, Suite 1100 <br> Cleveland, OH 44113-7213 <br> Tel: 216.592.5000 <br> Fax: 216.592-5009 <br> karl.bekeny@tuckerellis.com <br> jennifer.mesko@tuckerellis.com <br> courtney.mendelsohn@tuckerellis.com <br><br> *Attorneys for Defendant Progressive Universal Insurance Company* |
|---|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, a copy of the within and foregoing Notice of Removal was filed via CM/ECF and electronic notice of same will be served upon Plaintiff's counsel of record, addressed as follows:

Jeffrey A. Berman
Patrick J. Solberg
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois 60008
jberman@andersonwanca.com
psolberg@andersonwanca.com

*s/ Christopher T. Gardino*

*Attorney for Defendant Progressive Universal Insurance Company*

4836851.1