IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAUNA CONNORS, individually and on behalf of a class similarly situated persons,<br><br>  Plaintiff,<br><br>v.<br><br>PROGRESSIVE UNIVERSAL INSURANCE COMPANY,<br><br>  Defendant. | Case No.    1:20-CV-7342<br><br>Honorable Manish S. Shah |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby appears in the above-referenced action as co-counsel for Defendant Progressive Universal Insurance Company.

Dated: December 17, 2020

    Respectfully submitted,

    */s/ Jennifer L. Mesko*
    Jennifer L. Mesko (ARDC #0087897)
    TUCKER ELLIS LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213
    Telephone: 216.592.5000
    Facsimile: 216.592.5009
    E-mail:  jennifer.mesko@tuckerellis.com

    *Attorney for Defendant Progressive Universal Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by operation of the Court's electronic filing system on December 17, 2020, whereby the parties may access this filing through the Court's system.

/s/ *Jennifer L. Mesko*

4965747.1